COUVILLION GROUP, L.L.C.     *     NO. 2019-CA-0564

VERSUS     *     COURT OF APPEAL

PLAQUEMINES PARISH     *     FOURTH CIRCUIT
GOVERNMENT
     *     STATE OF LOUISIANA

     *

     *
* * * * * * *


**BARTHOLOMEW-WOODS, J., CONCURS**

I concur in the result reached in the majority's opinion.